UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



GRAND JURY H-17-2

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:18-CR-24 (AVC) |
| v. | VIOLATIONS: |
| CHRISTOPHER HAMLETT, also known as "Cadi" or "Cadillac Black," | 18 U.S.C. § 1591(a), (b)(2) and (c) (Sex Trafficking of a Minor) |
| | 18 U.S.C. § 1952(a)(3)(A) and (b)(1)(i) (Travel Act – Facilitate Prostitution) |
| | 18 U.S.C. § 2251(a) (Production of Child Pornography) |
| | 18 U.S.C. § 1594(d) (Forfeiture) |

## SECOND SUPERSEDING INDICTMENT

The Grand Jury charges:

### INTRODUCTION

1. At all times relevant to this Indictment, Minor Victim 1 ("MV1") and Minor Victim 2 ("MV2"), whose identities are known to the Grand Jury, were under the age of eighteen years.

2. During the course of the offenses described in this Indictment, the defendant, CHRISTOPHER HAMLETT, also known as "Cadi" and "Cadillac Black," had a reasonable opportunity to observe MV1 and MV2.

### COUNT ONE
(Sex Trafficking of a Minor)

3. The allegations in Paragraphs 1-2 are incorporated by reference.

4.　From in or about August 2017 through on or about November 22, 2017, in the District of Connecticut, the defendant CHRISTOPHER HAMLETT, in and affecting interstate commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, advertise, and maintain by any means MV1, knowing and, except where the act constituting the violation is advertising, in reckless disregard of the fact that MV1 had not attained the age of eighteen years and would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1), (b)(2) and (c).

## COUNT TWO
(Sex Trafficking of a Minor)

5.　The allegations in Paragraphs 1-2 are incorporated by reference.

6.　From in or about September 2017 through in or about November 2017, in the District of Connecticut, the defendant CHRISTOPHER HAMLETT, in and affecting interstate commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, advertise, and maintain by any means MV2, knowing and, except where the act constituting the violation is advertising, in reckless disregard of the fact that MV2 had not attained the age of eighteen years and would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1), (b)(2) and (c).

## COUNTS THREE THROUGH SEVEN
(Travel Act – Facilitate Prostitution)

7.　The allegations in Paragraphs 1-2 are incorporated by reference.

8.　On or about the dates set forth below, each instance constituting a separate count of this Indictment, in the District of Connecticut, CHRISTOPHER

2

HAMLETT used a facility in interstate and foreign commerce with intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment and carrying on of an unlawful activity, that is, prostitution offenses in violation of the laws of Connecticut, including but not limited to Connecticut General Statutes Sections 53a-82, 53a-86, 53a-87, and 53a-88, and thereafter performed and attempted to perform an act that did promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of the unlawful activity, as follows:

| Count | Date | Use of Facility of Interstate Commerce and Act |
| --- | --- | --- |
| 3 | 10/20/2017 | Used cellular phone to send text message from (860) 818-2269 to MV1 stating "You know you don't take no 65 to give up your p**** you worth more than that" |
| 4 | 10/24/2017 | Used Internet to post advertisement on Backpage.com titled "Mocka brown skin t**** w** w** 860 804 7028" depicting photographs of adult T.S. |
| 5 | 11/2/2017 | Used cellular phone to send text message from (860) 818-2269 to MV1 stating "I have a 600 dollar client for you" |
| 6 | 11/13/2017 | Used Internet to post advertisement on Backpage.com titled "ISLAand GIRL NEW in town COME TO ME IM Available all night 860 325 2530" depicting photographs of MV2 |
| 7 | 11/13/2017 | Used Internet to post advertisement on backpage.com titled "new in town 860 818 2269" depicting photographs of MV1 |

All in violation of 18 U.S.C. § 1952(a)(3)(A) and (b)(1)(i).

<u>COUNT EIGHT</u>
(Production of Child Pornography)

9. The allegations in Paragraph 1 are incorporated by reference.

3

10. From on or about October 6, 2017, through November 13, 2017, in the District of Connecticut, the defendant CHRISTOPHER HAMLETT did knowingly employ, use, persuade, induce, entice, and coerce a minor, MV1, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, knowing and having reason to know that: such visual depictions would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce; and such visual depictions were produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and such visual depictions were transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce. The visual depictions are more particularly described as:

- an image of MV1 lying on her stomach and wearing a fuchsia bra, which is taken from behind and focuses on her bare buttocks and vagina, that appeared in the "Deleted Images" section of an October 6, 2017, Backpage ad posted by chrishamlet53@yahoo.com entitled "Bella miss Spanish mami," and which was deleted by Backpage moderator "avad27;"
- an image of MV1 lying on her stomach and wearing a fuchsia bra, which is taken from behind and focuses on her bare buttocks and vagina, that appeared in the "Deleted Images" section of a November 13, 2017, Backpage ad posted by chrishamlet53@yahoo.com entitled

"new in town," and which was deleted by Backpage moderator "avad27;"

- an image of MV1 without underwear, spreading her vagina with her fingers, that appeared in the "Deleted Images" section of a November 13, 2017, Backpage ad posted by chrishamlet53@yahoo.com entitled in part "ISLAand GIRL," and which was deleted by Backpage moderator "avim10;" and

- an image of MV1 without underwear, spreading her vagina with her fingers, that appeared in the "Deleted Images" section of a November 13, 2017, Backpage ad posted by chrishamlet53@yahoo.com entitled in part "ISLAand GIRL," and which was deleted by Backpage moderator "avim36."

All in violation of Title 18, United States Code, Section 2251(a).

## COUNT NINE
(Production of Child Pornography)

11. The allegations in Paragraph 1 are incorporated by reference.

12. From on or about September 25, 2017, through November 13, 2017, in the District of Connecticut, the defendant CHRISTOPHER HAMLETT did knowingly employ, use, persuade, induce, entice, and coerce a minor, MV2, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that: such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce; and such

visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and such visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce. The visual depiction is more particularly described as:

- an image of MV2 lying on her back naked on a bed, using her fingers to spread her vagina, which appeared in a November 13, 2017, Backpage ad posted by chrishamlet53@yahoo.com entitled in part "ISLAand GIRL," and which was deleted by Backpage moderator "avad20."

All in violation of Title 18, United States Code, Section 2251(a).

## FORFEITURE

13. The allegations in Paragraphs 1-6 are incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 1594(d).

14. Pursuant to Title 18, United States Code, Section 1594(d), upon conviction of one or more of Counts One and Two, the defendant CHRISTOPHER HAMLETT shall forfeit to the United States of America: (1) any property, real or personal, involved in, used, or intended to be used to commit or to facilitate the commission of the offenses, and any property traceable to such property; and (2) any property, real or personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of the offenses, and any property traceable to such property.

15. If, as a result of any act or omission of the defendant, any specific property subject to forfeiture cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated

by Title 28, United States Code, Section 2461(c).

A TRUE BILL

/s/
---
FOREPERSON

UNITED STATES OF AMERICA

*[signature]*

JOHN H. DURHAM
UNITED STATES ATTORNEY

*[signature]*

NANCY V. GIFFORD
ASSISTANT UNITED STATES ATTORNEY

*[signature]*

SARALA V. NAGALA
ASSISTANT UNITED STATES ATTORNEY