UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 3:18CR24 (VAB) |
| | : | |
| v. | : | |
| | : | |
| CHRISTOPHER HAMLETT | : | September 27, 2018 |

### JOINT REQUEST FOR BRIEF STATEMENT OF THE CASE
### TO BE READ AT JURY SELECTION

The Government and the defendant jointly request that the Court read the following statement to the jury venire at jury selection so that the panel members are aware of the nature of the criminal case:

This is a criminal case brought by the United States government through the Office of the United States Attorney for the District of Connecticut against an individual named Christopher Hamlett. The charges involve allegations of sex trafficking of two minors, the facilitation of prostitution and the production of child pornography around the Hartford area in 2017.

          Respectfully submitted,

          JOHN H. DURHAM
          UNITED STATES ATTORNEY

          *Nancy V. Gifford*

          NANCY V. GIFFORD
          ASSISTANT UNITED STATES ATTORNEY
          Federal Bar No. ct16324
          450 Main Street
          Hartford, CT 06103
          (860) 947-1101

          SARALA V. NAGALA
          ASSISTANT UNITED STATES ATTORNEY

Federal Bar No. phv05529
157 Church Street, 25th Floor
New Haven, CT 06510
(203) 821-3700

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 27, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

/s/
NANCY V. GIFFORD
ASSISTANT U.S. ATTORNEY