# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER HAMLETT. | No. 3:18-cr-24 (VAB) |

## SUPPLEMENTAL ORDER REGARDING LOVE 146 DOCUMENTS

Because documents obtained directly from Love 146 are unable to be released until next week, in the interim, the Court will scan and send copies of the documents to Ms. Gifford and Ms. Nagala of the U.S. Attorney's Office for immediate distribution to defense counsel, consistent with the Court's earlier order.

In other words, only those Love 146 documents already required to be disclosed shall be produced.

**SO ORDERED** at Bridgeport, Connecticut, this 5th day of October, 2018.

/s/ Victor A. Bolden
VICTOR A. BOLDEN
UNITED STATES DISTRICT JUDGE